UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ELENA KRAEMER,                               :
                                             :
                       Plaintiff,            :       24 Civ. 1015 (LGS)
                                             :
         -against-                         :       ORDER
                                             :
DOUGLAS SCHROEDER et al.,                    :
                                             :
                      Defendants.             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed via e-mail that the parties have reached a settlement in principle in this case. The parties' e-mail is appended to this Order. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: January 14, 2025
       New York, New York

                                               LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Michael Sussman |
| **To:** | Mustes, Jennifer; Schofield NYSD Chambers |
| **Subject:** | Re: Kraemer v. Schroder et al., 24 Civ. 01015 (LGS) |
| **Date:** | Tuesday, January 14, 2025 8:56:12 AM |

**CAUTION - EXTERNAL:**

I represent plaintiff and join in this request and thank the court for its consideration.

Respectfully submitted,

Michael Sussman, Esq.
Sussman & Associates
PO Box 1005
1 Railroad Avenue, Ste 3.
Goshen, NY 10924
(845)-294-3991
(845)-294-1623 (fx)
sussman1@sussman.law

---

**From:** Mustes, Jennifer <JMustes@mnr.org>
**Sent:** Tuesday, January 14, 2025 8:49 AM
**To:** Schofield_NYSDChambers@nysd.uscourts.gov <Schofield_NYSDChambers@nysd.uscourts.gov>
**Cc:** Michael Sussman <sussman1@sussman.law>
**Subject:** Kraemer v. Schroder et al., 24 Civ. 01015 (LGS)

I represent defendants in the matter *Kraemer v. Schroeder et al.*, 24 Civ. 01015 (LGS) and am writing pursuant to the Court's Individual Rules, and with the consent of plaintiff's counsel (copied here), to inform the Court that the parties have reached an agreement to settle this matter and are in the process of exchanging the agreed-upon consideration. The parties respectfully request that the upcoming deadlines in this matter be adjourned given the parties' settlement.

Respectfully submitted,

Jennifer Mustes
Associate Counsel, Labor & Employment
Metro-North Railroad
420 Lexington Avenue
New York, NY 10170
JMustes@mnr.org
(212) 340-2504 (office)

(973) 902-1293 (work cell)

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential.  If you are not the intended recipient, please do not read, copy, or re-transmit this communication.  If you have received this communication in error, please notify the sender by reply email and delete this message (and your reply) and any attachments.

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.